# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DANTE OVERBY, | : No. 16 EM 2015 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.